IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

    Tony Moore

Debtors

Case No. 99-55032-JRG

Chapter 7

**ORDER TO PAY UNCLAIMED FUNDS**

It appearing that the check(s) made payable to <u>Western Switches and Co.</u> in the total amount of <u>$563.15</u> was not cashed within the 90 day limit and an unclaimed money report was entered on <u>June 13, 2005</u> to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that <u>Western Switches and Controls, Inc.</u> is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of <u>$563.15</u> to the order of <u>Western Switches and Controls, Inc. c/o Asset Recovery Associates, 2521 Cold Creek Trail, South Lake Tahoe, CA 96150.</u>

Dated *8.8.06*

UNITED STATES BANKRUPTCY JUDGE